UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

*In re Nikola Kostich*

ORDER REMOVING ATTORNEY NIKOLA KOSTICH FROM THE EASTERN DISTRICT OF WISCONSIN'S CJA PANEL

Upon the recommendation of the District's Standing Committee on Indigent Defense regarding the removal of Attorney Nikola Kostich from the Eastern District's CJA Panel and the unanimous decision of the judges of this district having been fully advised of the matters respecting the same,

IT IS ORDERED that Attorney Nikola Kostich is removed from the Eastern District's CJA Panel.

Dated at Milwaukee, Wisconsin, this 2nd day of February, 2010.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE